# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

+ + + + +

IN THE MATTER OF:                    :

CHARMIN MINER, et al.,               :

    Plaintiffs,      :

  v.                               : Civil Action
           : 1:13-CV-00553
MAYOR VINCENT GRAY, et al.,   : (RMC)
           :
    Defendants.      :
           :

Monday,
July 14, 2014

Washington, DC

DEPOSITION OF:

CHARMIN MINER

called for examination by Counsel for the

Defendant, pursuant to Notice of Deposition,

in the Office of the Attorney General for

the District of Columbia, located at 441 4th

Street, N.W., when were present on behalf of

the respective parties:

1      Q      The amount of time that you spend

2  working on Squeeze Management, has that been

3  sort of consistent?

4      A      Yes, it's been consistent.   I

5  actually travel to Chicago, maybe, once

6  every two years to get more knowledge, who I

7  have a mentor there, named Rich Kakowski,

8  was one of the top two engineers in the

9  United States, who basically helps me with

10  my music careers.

11      Q      Okay, and then --

12      A      And everything.

13      Q      I'm sorry.

14      A      That's okay.

15      Q      I didn't mean to cut you off.

16      A      That's okay.

17      Q      Now is it Tony Sharpe?

18      A      Tony Sharpe is my top artist.

19      Q      Okay.  So he's one of the artists

20  that you manage?

21      A      Yes.

22      Q      All right.  So I'd like to draw

1   your attention to the evening of February

2   6th, 2012.

3          A      Yes, ma'am.

4          Q      Okay, can you tell me what

5   happened that night?

6          A      That night, me, Tony Sharpe and

7   Gary Baldwin was coming from the studio in

8   Forestville, Maryland from a meeting, trying

9   to get some studio time together for Tony's

10  new album, two years ago, on February 6th,

11  2012.

12              When I was dropping Tony off that

13  evening a vehicle, a burgundy vehicle pulled

14  up in front of me and, you know, so I

15  scooted up, so I could see Tony go into the

16  building.  And I didn't get to see Tony go

17  into the building, I just seen the door

18  close, so I assumed that he was in.

19              And I just started driving down

20  the driveway, made a left up into the alley

21  and I noticed that the vehicle backed up and

22  started chasing me up the alley.

1          And it came up pretty, it was

2     coming so fast that it was bringing leaves

3     with them.  So I'm thinking that maybe

4     they're trying to, so I'm trying to get out

5     of the way, so when I got up to the top of

6     the alley I made a left and then I made a

7     right.

8          Then I said, they're chasing me.

9     And then Gary Baldwin said, isn't nobody

10    chasing you.  I said they're chasing me.  He

11    turned around.  He said yes, they are

12    chasing us.

13          So I made a couple of lefts and a

14    couple of rights and I thought I lost them.

15    Once I came down, I cannot remember, I

16    thinking a half street, or one of them side

17    streets that leads you right down on the

18    side of Suitland Parkway, with an over-walk,

19    where the people would over-walk the park,

20    Suitland Parkway.

21          I came down one of them side

22    streets.  And I thought I lost them, whoever

1    it was, because I didn't know who it was at

2    the time.

3              So I'm coming up to the light.

4    I've got like, six or seven cars in front of

5    me.  So I looked up in my rearview, I said

6    oh, there they go again.  So I went on the

7    wrong side of the street, oncoming traffic,

8    blowing my horn, to get out of the way.

9              I was getting ready to hit the

10   highway and Gary Baldwin said no, no, no, I

11   see police lights over at the Anacostia

12   subway station.

13             So I went in that way.  And I

14   went in the wrong way, I went into the do

15   not enter, just to try to get to the police

16   officers, because I didn't know who these

17   people was that was chasing me.

18        Q    Okay.  I want to back up and go

19   through a few of the specifics.

20        A    Yes, ma'am.

21        Q    So you said you were coming from

22   Forestville, Maryland, right?

```
 1          A      Yes.

 2          Q      And you were taking Tony Sharpe

 3     home?

 4          A      Yes, ma'am.

 5          Q      So where did you take him to, the

 6     address?

 7          A      I think it was W Street, over by

 8     the Douglass, Frederick Douglass home, off

 9     of W Street.

10          Q      Okay.  And what type of

11     neighborhood is that, residential, or

12     commercial?

13          A      It's a residential.

14          Q      And what time of night did you

15     drop him off?

16          A      It was between 9:00 p.m. and 9:30

17     p.m.

18          Q      Okay.  And can you describe what

19     the lighting was like?

20          A      It was dark.

21          Q      Okay.

22          A      It was dark.  In the little area
```

1    that I dropped him off, it was dark.

2         Q     And does he reside in a single

3    family home, or a row house, or an apartment

4    building?

5         A     Apartment building.

6         Q     Okay.  So you dropped him off at

7    that address?

8         A     Yes, ma'am.

9         Q     And did you see him go inside?

10        A     No.

11        Q     Okay, do you know if he was

12   around the car when you left?

13        A     What do you mean, around the car?

14        Q     I mean, could you still see him

15   once you pulled away from the front of the

16   building?

17        A     No, he was already, when the car

18   had came, it just stopped in front of me.  I

19   just scooted up to see if Tony had entered

20   into the building.

21             Because Tony was already up the

22   walkway when they was coming up, when they

1    was coming up to me, he already started

2    walking up the walkway.  He wasn't nowhere

3    near the vehicle that was coming up.

4              So when I scooted up, I seen a

5    door close, so I'm assuming that Tony went

6    in.  And I begin to just take Gary Baldwin

7    home and everything.  So and I made the left

8    turn and next thing I notice this car, this

9    Jeep just backed up, it came flying up the

10   walkway.

11        Q    Okay, so the vehicle that you

12   saw, when did you first notice the burgundy

13   SUV?

14        A    When they pulled up in front of

15   me and they had tinted windows.

16        Q    So they pulled up and actually in

17   front of you?

18        A    Right.  I'm on this side and they

19   just pulled up in front of me, so I had to

20   scoot up to see Tony.

21        Q    Okay.  So let's back up just a

22   moment.

1       A       Okay.

2       Q       So you're on the street.  Was his

3   apartment building on the left side of the

4   street or the right side?

5       A       The left side.

6       Q       Left side.

7       A       I'm facing going out of the

8   complex.

9       Q       Okay.  So is this private

10   property, or the actual street?

11       A       The actual street.

12       Q       Okay.  So you have Tony's

13   apartment building on the left and are you

14   pulled up to the curb?

15       A       No, I'm right in the middle of

16   the road.  I just dropped him off, so I

17   could just pull out.

18       Q       Okay, so were there cars parked

19   to your left?

20       A       There were cars parked to my left

21   and the right.

22       Q       On the other side of the street?

1    as Defense Exhibit Number 1.  You can see,

2    I'm trying to make a two-lane street, is

3    that right?

4              THE WITNESS:  Yes.

5              BY MS. JONES:

6         Q    So using this pencil, can you

7    draw a box showing your car with an arrow of

8    the direction that your car is facing?

9    Okay.  And there are two boxes, so can you

10   indicate which box is Tony Sharpe's

11   apartment building?

12             Okay, and if you could just draw

13   another box with the SUV.  Okay.  And the

14   direction that it's pointing.  Great.  Now I

15   understand it.

16        A    Yes.

17        Q    All right, so the SUV, which you

18   described as burgundy, is that right?

19        A    Yes.

20        Q    Pulled up next to you?

21        A    Yes.

22        Q    All right.  And once you pulled

```
 1   away, what did you notice after that?

 2        A     Actually, I didn't notice

 3   anything, I just pulled away, like I

 4   normally do.  Because Gary and Tony didn't

 5   live too far from each other, so I was going

 6   up into the alley to go the back way to take

 7   Gary home.  And when I looked up in my

 8   mirror, I noticed that this vehicle backed

 9   up real fast.

10             Because Tony's apartment was not

11   in the middle of the complex, but it's close

12   enough where they was backing up, so they

13   had to come some distance to back up and

14   come up the alley.

15             So when I see them back up kind

16   of fast and the next thing they came flying

17   up the alley and bringing the leaves with

18   them.  And they was getting it.

19             And so I say, okay, I'll pick it

20   up to get out of their way.  Because you can

21   actually can make a left, or you can keep

22   straight in that alley.
```

1    So I say, if I make a left, they

2    go straight, then I'm out their way.  Well,

3    I made the quick left, they made a quick

4    left.  And I said, Gary, they following me.

5    He said, no they're not.

6    So I made another quick right,

7    they made a quick right.  So when I made a

8    quick left, they made, I was just going

9    left, left, left in this one area of

10   Southeast Ward, you see, because that's the

11   way I normally come to work, so I kindly

12   knew that area.

13        Q    Okay, you're from there.

14        A    You know, so I'm going back and I

15   thought I lost them, once I hit one of them

16   half streets, or one of them streets, I

17   thought I lost them, when I came down the

18   hill.

19   When I got on the side street

20   Anacostia Subway Station, going back toward

21   Martin Luther King Avenue, I noticed that

22   the vehicle had made another right-hand turn

1   and was right there behind me, and so I said

2   oh, there they go again.

3            And I was actually coming up to

4   the traffic to stop, because there was a red

5   light.  So I ended up going around that

6   traffic, on the wrong side of street,

7   picking up speed.

8            And I noticed that, just in that

9   little bit short of time, I got up to, in

10  that little short of time I got up to maybe

11  like, close to 80, 90 miles in that short

12  period of time, that's how fast I hit the

13  gas and my car just took off.

14       Q    So you were going 80 or 90 miles

15  per hour?

16       A    Yes.

17       Q    And you were going down a street

18  the wrong way?

19       A    Wrong way.

20       Q    And when you were making your

21  quick turns, how fast do you think you were

22  going?

```
1          A     I probably went like, maybe,

2     like, I'm going to say 55 or 60.  Because I

3     drive with two feet.  So I was really had my

4     foot on the gas, foot on the brake, foot on

5     the gas, foot on the brake the whole time.

6          Q     Okay, and did you know who was in

7     the burgundy SUV at the time?

8          A     Nope.

9          Q     Did you see any lights?

10         A     No.

11         Q     Were there any sirens?

12         A     No.

13         Q     And why were you driving so

14    quickly?

15         A     Because I didn't know who it was.

16    It was dark outside.  And I know around this

17    time people do carjackings.  They do

18    different things.

19               They could have assumed that I

20    was somebody that they was looking for and

21    maybe, you know, and I'm not that person.

22    So that's the reason why, I picked up on my
```

1   senses thinking that somebody was chasing

2   me.

3            And all I was trying to do was

4   get out of their way, when I realized they

5   was chasing me.  At this point, I was really

6   looking for a police officer, or somebody to

7   run to.

8        Q      Okay.  Did you see a police

9   officer?

10       A      Yes, I did.  I seen a police

11  officer when I went over to Anacostia Subway

12  Station, that's the closest police officer

13  that I'd seen, was the Metro Police.

14       Q      So what happened once you entered

15  the Anacostia Metro Station?

16       A      I basically pulled up next to the

17  police officer and she said don't ride up on

18  me that fast and I'm saying, somebody's

19  chasing me, somebody's chasing me.

20            About this time she's talking to

21  me, and I'm telling her that somebody's

22  chasing me.  Before I know it, I've got the

1   white police officer, baldheaded police

2   officer, I think he had a red beard, he

3   comes around, get out the car, get out the

4   car, hands down.

5           I'm looking like, and he grabbed

6   me, he basically stepped on my glasses,

7   slammed me on the ground, put my hand all

8   behind my back, had his guns drawn.

9           And that black police officer he

10  has a disability, something he kept saying,

11  one of the words he kept saying, one of the

12  words he kept using and he was trying to pin

13  my right arm behind my back.  And I said,

14  why didn't you identify yourself as a police

15  officer?  He told me to shut up.

16          Q     Okay, so when you drove into the

17  Anacostia Metro Station, and you saw the

18  first police officer, what type of a police

19  officer was that?

20          A     She was a black police officer.

21  And she was sitting in her vehicle.

22          Q     She was sitting in her vehicle?

1          A      Yes.

2          Q      Was that a Metropolitan Police

3    Department police officer?

4          A      Transit.

5          Q      Transit Authority.

6          A      Right.  We didn't know, I mean,

7    like, I'm just trying to get somebody, I

8    know that, that if somebody is trying to do

9    something, I got, you know, somebody could

10   have a weapon drawn and then, you know,

11   that's how I was looking at it.

12         Q      And you mentioned that you had a

13   conversation with the transit police

14   officer.

15         A      I was trying to explain to her

16   that somebody was chasing me.  By the time I

17   got it out, she said, don't run up on me

18   like that.

19                And I'm saying, lady, somebody's

20   trying to, who, who, and before I know it,

21   police already had his gun drawn and told me

22   to get out the car.  And what made her back

1    down, is what made her draw her gun, that

2    they got guns and drugs in the car, so she

3    drew her gun.

4         Q    So just to back up.  The first

5    conversation, when you first started talking

6    to the police officer and you said that

7    they're chasing me.

8         A    Right.

9         Q    Where were you when you were

10   saying that to her?

11        A    I was up in her car like this.

12        Q    So you had your driver's window

13   and her driver's window --

14        A    Her window, right.

15        Q    -- lined up with each other --

16        A    Correct.

17        Q    -- and you were talking through

18   the window?

19        A    Right.

20        Q    Okay.  And what was her reaction?

21        A    Her reaction said, don't run up

22   on me like that, I got to go home to my

1    kids.  And I said, lady, somebody's chasing

2    me.  I said, I wouldn't run up on you this

3    fast if something wasn't wrong.

4              And by the time I got all that

5    they had already came around and had their

6    guns drawn and snatching me out the vehicle

7    and slammed me on the car.  And the lady

8    said, you know, they got guns and drugs.

9    And she jumps out of her car with her gun

10   pointed, as well.

11       Q    Okay, who is the police officer

12   who pulled you out of your, or, who was the

13   first police officer that you saw?

14       A    The first one I saw was the

15   gentleman with the red beard, kind of a bald

16   white guy.

17       Q    And what did he say to you?

18       A    He told me, get out the vehicle,

19   yanked me out the vehicle and everything and

20   slammed me, asked me, where the guns and

21   drugs at?  And had his guns to my head and

22   then he stopped.

1          I guess the other guys that he

2     was with had their guns drawn, so he put his

3     away and started putting my hands behind my

4     back, trying to put handcuffs on me.

5          Q     When he approached you, was he

6     wearing a uniform?

7          A     No, they was like, they was

8     wearing like a blue suit, or whatever, it

9     wasn't marked, it was unmarked.  So they had

10    to look like somebody drew the police logo

11    on the vest.  You could see that they had

12    the vest, their bulletproof vests on.

13         Q     So at that point you knew that it

14    was a police officer?

15         A     Right.

16         Q     Okay.

17         A     By that time, but I said, why

18    didn't you identify yourself?

19         Q     When he said, did he ask you to

20    get out of the vehicle?

21         A     No, he said, he actually opened

22    the door and told me to get out of the

1   vehicle and then snatched me out the vehicle

2   at the same time he was saying it.  So he

3   didn't even give me the opportunity to even

4   step out the vehicle when he grabbed me out

5   of the vehicle.

6        Q     And can you describe how he

7   snatched you out of the vehicle?

8        A     He snatched me real hard by my

9   shirt, like this, and threw me on the ground

10  and then my glasses fell off and he stepped

11  on my glasses.

12       Q     Where were the other, how many

13  other police officers were there?

14       A     There was four.  There was three,

15  three white, three males and one young lady,

16  one young lady police officer that was in

17  the vehicle with them.

18       Q     And just to clarify, these are

19  four additional police officers, or four

20  police officers of the Metropolitan Police

21  Department?

22       A     It was one, it was the gentleman

1   that had me and two males and another young

2   lady that equals four altogether.

3        Q       Okay, and was the young lady the

4   Metro Transit Police Officer?

5        A       No, no, it wasn't.  She actually

6   got out of the burgundy, she actually got

7   out of the vehicle with them.

8        Q       Okay, so there were a total of

9   five officers, four MPD and then one Metro

10  Transit?

11       A       Correct.

12       Q       Okay.  So the red mustached

13  officer pulled you out of the vehicle.

14       A       Yes.

15       Q       Where were the other police

16  officers?

17       A       They was like on the other side

18  with Gary Baldwin.  They went on Gary

19  Baldwin's side and snatched him out the car

20  and through him on the ground.

21       Q       Okay, did you see that?

22       A       Yes, I seen that.  They snatched

```
 1     both of us out at the same, around about the
 2     same time.
 3            Q      And can you describe what you
 4     saw, with respect to Mr. Baldwin?
 5            A      That they just threw him on the
 6     ground.  I mean, they yanked him up and they
 7     was patting him down and they put us on the
 8     back of the hood of my car.
 9            Q      Did that happen before, or after,
10     you were taken out of the vehicle?
11            A      That happened after --
12            Q      Okay, so --
13            A      -- they snatched him out of the
14     vehicle.
15            Q      You were on the ground at that
16     point --
17            A      Right.
18            Q      -- when Mr. Baldwin was pulled
19     out of the vehicle?
20            A      No, we was basically pulled out
21     right about the same time.
22            Q      Okay.
```

1   A  I saw everything, like I said, I

2 could see everything that was going on this

3 side, I mean, they pulled him out, they

4 pulled me out around the same time.

5   Q  And could you hear what the other

6 officers were saying to Mr. Baldwin?

7   A  I think they said, not really, I

8 couldn't really, at that time the guy was

9 all up in my ear, you know, asking me where

10 the guns and drugs at and everything.  I

11 said I don't have no guns and drugs.

12   Q  And what did he say?

13   A  He told me at that time, I said,

14 why didn't you identify yourself?  He told

15 me to shut up.

16   Q  Okay, what happened after that?

17   A  He picked me up off the ground

18 and they put me on the hood of the car.  And

19 the other police officer that basically

20 snatched Gary out the car, started

21 ransacking my car and looking for guns and

22 drugs.

1          So then the other police officer

2     was sitting off on the hood of the car.  And

3     I said it again, I say, why didn't you

4     identify yourself?  Why didn't you turn on

5     your sirens?  Once again, he told me to shut

6     up.

7          And the other guy had looked, and

8     they started asking me questions.  And I

9     said, first of all, I work, I basically, I

10    go to work every day and I deal with the

11    youth down in Southwest.

12          And I said it again, why didn't

13    you identify yourself?  And the other guy's

14    face got real tight, when he realized that I

15    didn't have no guns and drugs on me.

16     Q     Okay, can you describe this other

17    guy?

18     A     The black, it was a black

19    officer, that's all I remember.  And the

20    other white, I think he had black hair, but

21    he was white.  But the young lady who, that

22    young lady, she stood off at a distance like

1    in disbelief, like, she didn't really, she

2    wasn't really part of it, she was just

3    staring, because me and her made eye

4    contact.

5           Q      And she was a black female

6    officer?

7           A      Yes.  She stood at maybe 5'1",

8    5'2", had a ponytail.

9           Q      Okay.  And then the black police

10   officer, can you describe him?

11          A      He was probably about my height.

12          Q      And what is that, sir?

13          A      Probably 5'9".  And he was a

14   little bit lighter than me.

15          Q      And when you say that you mean

16   fair complexion?

17          A      Yes, light brown, yes.

18          Q      Okay.  And then there's the white

19   male officer with the red mustache.

20          A      Correct.

21          Q      And can you describe the other

22   white male officer?

1          A      I think I remember him just

2     having black, I really, because they was

3     more on Gary's side, so I see them, but I

4     didn't see, see them directly.

5          Q      Okay.  I'm sorry, but when you

6     say black, you mean black hair?

7          A      Yes.

8          Q      Okay.

9          A      The color black hair, yes.

10         Q      All right, so the only police

11    officer that you had physical contact with

12    was the white, red-haired police officer --

13         A      Correct.

14         Q      -- is that correct?

15         A      Yes.

16         Q      All right.  And you said that the

17    black female police officer, MPD, not the

18    Transit police officer --

19         A      Right.

20         Q      -- was off to the side?

21         A      Yes, she was more back by the

22    vehicle that they jumped out of.  And you

1   can see her face.  She was just like in

2   disbelief when she realized that I didn't

3   have no drugs, I didn't have no guns or

4   drugs on me.  They was just like in

5   disbelief.

6           And when they finished doing what

7   they were doing, I said I want all your

8   badge numbers.  They jumped in the vehicle

9   and pulled off.

10       Q    Okay, so before they left, you

11   said that the red mustached police officer

12   pulled you out of the vehicle and then put

13   you on the ground.

14       A    Yes.

15       Q    And was he able to handcuff you?

16       A    He was able to get, he couldn't

17   get my right hand behind my back, so they

18   put it in front.

19       Q    Okay, so you --

20       A    But he did bend my, he bent my

21   right arm back for a while because, until

22   the black police officer said that he has a

1  disposition, he has, you know, he has a

2  disability, or whatever, that's what he said

3  and that's when he stopped trying to pin my

4  arm back.  He thought I was trying to resist

5  arrest, because he was really being

6  aggressive.

7       Q     Can you describe how he was being

8  aggressive?

9       A     I mean he just, you know, telling

10 me to stay, and put my arm behind my back.

11 Well my left hand was already behind my

12 back, so he was trying to put my right hand

13 and bring it behind my back and everything,

14 so.

15      Q     Okay, so when he was unsuccessful

16 in handcuffing you from behind --

17      A     Yes.

18      Q     -- he handcuffed your hands from

19 the --

20      A     From the front.

21      Q     -- front?  And then where were

22 you positioned after you were placed in

Page 44

1   handcuffs?

2        A    I was on the trunk of my vehicle,

3   in the back.

4        Q    So --

5        A    He placed me on the back of my,

6   in the back of my vehicle.

7        Q    So were you leaning there in a

8   standing position?

9        A    Yes.

10       Q    Okay.  And how did you get from

11  being on the ground to being at the back of

12  your vehicle?

13       A    He yanked me up.

14       Q    Okay, so he pulled you to your

15  feet and --

16       A    Right.

17       Q    -- you were leaning on the side

18  of the trunk?

19       A    Correct.

20       Q    Okay.  Oh, and just so I'm clear,

21  what kind of vehicle were you driving?

22       A    At that time I was driving a

1    Chevy Lumina, green Chevy Lumina.

2            Q       Green?

3            A       Yes.

4            Q       Is that a sedan?

5            A       No it's just a little four-door.

6            Q       Four-door sedan?

7            A       You know, four-door car.

8            Q       So not an SUV?

9            A       Not an SUV, no.

10           Q       Not a pickup truck?

11           A       No.

12           Q       Okay.  So which of the officers

13   searched your vehicle?

14           A       The one with the black hair.

15           Q       Okay.  And where were you when he

16   searched the vehicle?

17           A       I was at the back end of my car.

18           Q       Were you able to see him search

19   your vehicle?

20           A       Yes.

21           Q       And where did he search?

22           A       He searched in my glove

1   compartment, in between the seats, just in

2   that, in the front area and in the back a

3   little bit.

4        Q     What did he say to you, if

5   anything, before he searched the vehicle?

6        A     He said nothing, they just

7   started searching my vehicle.  And again,

8   the guy, the redhead, the one with the red

9   hair said, where's the guns and drugs?  And

10  matter of fact, the black police officer

11  said, he probably threw it out when he lost

12  us.

13       Q     Okay.  And the red mustached

14  police officer, was he still with you while

15  his --

16       A     Yes, he was still with me.

17       Q     While the black haired --

18       A     Yes.

19       Q     Sorry, I just don't want to talk

20  over you.

21       A     I'm sorry.

22       Q     So the red mustached police

1   officer was with you, while the black haired

2   police officer was searching your vehicle?

3          A       Right.

4          Q       Okay.  And none of the other

5   police officers were searching the vehicle?

6          A       No the black police officer was

7   standing with Gary Baldwin and the red guy

8   was standing with me and the other one was

9   standing off at a distance.

10         Q       Okay.  And how much time did the

11   black haired police officer spend searching

12   your vehicle?

13         A       I don't know, maybe, two or three

14   minutes, maybe four tops.  I mean, he was

15   moving kind of fast.

16         Q       Okay.  And then when, just trying

17   to get the chronology right.  So when did

18   you ask for, or, actually, let me back up.

19   After the black haired police officer

20   stopped searching the vehicle, what happened

21   after that?

22         A       They said, where are the guns and

1  drugs at?  And I said, I don't sale, I don't

2  have no guns and drugs.  I said I go to work

3  every day.

4           I said I've been on my job almost

5  15, 16 years and I do, and I work for the

6  youth here in the Southwest community.  And

7  that's when I said, why didn't you turn on,

8  why didn't you identify yourself?

9      Q      And it was the red mustached

10  police officer who said, where are the guns

11  and drugs at?

12      A      Drugs, that's correct.

13      Q      Okay.  And then you provided your

14  explanation that you didn't have any guns or

15  drugs, and then what happened after that?

16      A      And then I said, I want all your

17  badges and they jumped in the car and pulled

18  off.  And he was being funny when he pulled

19  off, and he turned on his siren with his

20  lights for a split second.

21      Q      Okay, so in your opinion, he was

22  being funny by turning the lights on when he

1   left?

2        A      Correct.  I mean, in this case,

3   if he felt like I was doing something wrong

4   back on W Street, if he would have turned

5   his lights on, we wouldn't have even gotten

6   off that block.

7        Q      So from the time that you arrived

8   at the Anacostia Metro Station and the time

9   that the police officers pulled away, the

10  police officers in the burgundy vehicle,

11  pulled away, how much time elapsed?

12       A      You mean, as far as how long it

13  took them to pull away?

14       Q      Oh no, sorry.

15       A      No.

16       Q      Let me be clear.  So I'm just

17  trying to figure out how long were you

18  actually in the Anacostia Metro Station, so

19  like, you show up --

20       A      I want to say, maybe, maybe like

21  30 minutes.

22       Q      Okay.

1       A       Thirty-six minutes.  I was there

2    for a minute, almost like 30 something

3    minutes.

4       Q       Okay, so approximately half an

5    hour?

6       A       Right.

7       Q       Okay.  Did any of the police

8    officers say anything to you in response to

9    your request for the badge numbers?

10      A       No, they just looked at me and

11   jumped in the vehicle.

12      Q       Okay.  Did you have any further

13   conversation with the Metro Transit

14   Authority police officer who was there?

15      A       No.  I tried to, she told me,

16   they don't have anything to do with it, and

17   told me to get off the property before they

18   arrest me.

19      Q       Okay.  And then what did you do

20   after that?

21      A       I went to the Seventh District

22   and asked them did they have any under

1        Q      Okay.  And did you provide a copy

2   of this to anyone?  I'm not sure where --

3        A      No.  I don't even know what this,

4   I don't remember typing this up.

5        Q      Okay.

6        A      If I did type it up, I can't

7   really, it's not really giving me any

8   information on this paper.  I probably did,

9   but it looks like it was faxed.  So I'm not

10  really sure.  There's nothing on here that

11  say that it came from me, or who it went to.

12       Q      But you believe that it describes

13  the directions, or the path of your vehicle

14  on the night of the incident from Tony

15  Sharpe's apartment to the Anacostia Police

16  Station?

17       A      That is correct.

18       Q      And does it accurately reflect

19  those movements on that night, the movements

20  of your vehicle on that night?

21       A      That is correct.

22       Q      Okay, great.  Thank you.  So on

1    the evening of February 6, 2012, you were

2    not actually, you were not arrested, is that

3    correct?

4         A    No.

5         Q    Did you receive any kind of

6    citation?

7         A    No citation.

8         Q    No ticket?

9         A    No ticket.

10        Q    No ticket from the Metro Transit

11   Officer?

12        A    No ticket.

13        Q    And the Metro Transit Officer

14   didn't arrest you, either?

15        A    No.

16        Q    Have you ever been arrested?

17        A    No.

18        Q    And I'd like to go back to, well,

19   the injuries that you're claiming you

20   sustained during the incident.  What

21   physical injuries did you sustain?

22        A    Well, basically, my right arm was

```
 1    bent and I still have sharp pains right here

 2    in my shoulder.

 3         Q      Sharp pains in your shoulder?

 4         A      Yes.

 5         Q      And is that your left or your

 6    right shoulder?

 7         A      My right shoulder.

 8         Q      All right, now I understand that

 9    you have some pre-existing medical

10    conditions, is that right?

11         A      Yes, ma'am.

12         Q      Okay.  And what are those

13    conditions?

14         A      They say I have Cerebral Palsy on

15    my right hand, on my right hand, or

16    whatever.

17         Q      And so what does that mean?

18         A      They say the Cerebral Palsy

19    supposed to be lack of brain cells, or

20    whatever, so I don't really know what that

21    means.

22         Q      Okay, and what is the extent of
```